Date: 11/12/09

*149385*

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-12390 - KARPUS, RONALD G SR. -H

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|----------|-----------|----------------|-------------|
| SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG FIRST EXPRESS PO BOX 856021 LOUISVILLE, KY 40285     ACCOUNT NO. 8758 | 000002 | 137.75 | 1.69 ckic2 |
| ---------- Remittance Total -------------- | | 137.75 | 1.69 |

MARVIN A. SICHERMAN, Trustee

FILED
CLERK US BANKRUPTCY COURT
09 NOV 17 PM 3: 13
NORTHERN DISTRICT OF OHIO
CLEVELAND

Printed: 11/12/09 08:36 AM    Ver: 15.02